**Suzanne Lacampagne**
**OSB No. 95170**
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
suzanne.lacampagne@millernash.com

**Michael R. O'Donnell**
**Wyoming State Bar No. 5-2260**
modonn@state.wy.us
**Jay Jerde**
**Wyoming State Bar No. 6-2773**
jjerde@state.wy.us
Office of the Wyoming Attorney General
123 State Capitol
Cheyenne, WY 82002-0001
Telephone:  (307) 777-6946
Fax:  (307) 777-3542

       Attorneys for Applicant-Intervenor Defendant State of Wyoming

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DEFENDERS OF WILDLIFE, SIERRA CLUB, AMERICAN LANDS ALLIANCE, ANIMAL PROTECTION INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, FOREST WATCH, HELLS CANYON PRESERVATION COUNCIL, HELP OUR WOLVES LIVE ("HOWL"), THE HUMANE SOCIETY OF THE UNITED STATES, KLAMATH FOREST ALLIANCE, KLAMATH-SISKIY0U** | Civil No. 03-1348-BR<br><br>**MOTION TO INTERVENE AS DEFENDANT BY APPLICANT-INTERVENOR STATE OF WYOMING**<br><br>**REQUEST FOR ORAL ARGUMENT** |

Page 1 of 3 -  Motion to Intervene as Defendant By Applicant –Intervenor Defendant State of Wyoming

PDXDOCS:1386448. 1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

**WILDLANDS CENTER, MINNESOTA WOLF ALLIANCE, OREGON NATURAL RESOURCES COUNCIL, PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY ("PEER"), RESTORE: The North Woods, Sinapu, and the Wildlands Project**,

          Plaintiff,

    v.

**GALE NORTON, SECRETARY OF THE INTERIOR, UNITED STATES DEPARTMENT OF THE INTERIOR AND STEVEN WILLIAMS, DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICES**,

          Defendants.

### LR 7.1(a) Certification

Undersigned counsel hereby certify that, on November 25, 2003, they conferred by telephone with counsel of record for Plaintiffs regarding this motion. Plaintiffs do not oppose Wyoming being allowed to intervene in this action, but they do oppose Wyoming seeking fees and costs in this litigation.

Undersigned further certifies that, on November 19, 2003, they conferred by telephone with counsel of record for the Federal Defendants regarding this motion. The Federal Defendants take no position on Wyoming's motion to intervene.

### Questions to be Decided

1. Whether Applicant-Intervenor State of Wyoming is entitled to intervene as of right pursuant to FED. R. CIV. P. 24(a)?

2. Whether Applicant-Intervenor State of Wyoming may intervene permissively pursuant to FED. R. CIV. P. 24(b)?

Page 2 of 3 -  Motion to Intervene as Defendant By Applicant –Intervenor Defendant State of Wyoming

PDXDOCS:1386448. 1

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

COMES NOW, Applicant-Intervenor, the State of Wyoming ("Wyoming"), by and through its undersigned attorneys, and hereby moves for leave to intervene as Defendant in the captioned action as a matter of right pursuant to FED. R. CIV. P. 24(a)(2). Alternatively, Wyoming moves to be permitted to intervene as a Defendant pursuant to FED. R. CIV. P. 24(b). In support of its motion, Wyoming refers this Court to its legal memorandum in support of this motion together with the Declaration of Suzanne Lacampagne in Support of its Motion, a Proposed Answer and Proposed Order filed herewith.

WHEREFORE, Wyoming respectfully requests that this Court grant it leave to intervene in this matter as a matter of right pursuant to F.R.C.P. 24(a)(2). In the alternative, Wyoming requests that the Court grant it permissive intervention pursuant to F.R.C.P. 24(b).

DATED this 25 day of November, 2003.

MILLER NASH LLP

/s/ Suzanne Lacampagne
Suzanne Lacampagne
OSB No. 95170
(503) 224-5858
(503) 224-0155 (Fax)

Michael R. O'Donnel
Wyoming State Bar No. 5-2260
Jay Jerde
Wyoming State Bar No. 6-2773
(307) 777-6946
(307) 777-3542 (Fax)

Attorneys for Applicant-Intervenor
Defendant State of Wyoming

Page 3 of 3 -  Motion to Intervene as Defendant By Applicant –Intervenor Defendant State of Wyoming

PDXDOCS:1386448. 1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (503) 224-5858
3500 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699

I hereby certify that I served the foregoing Motion to Intervene as Defendant By Application –Intervenor State of Wyoming on:

> Mr. Brian B. O'Neill  
> Faegre & Benson LLP  
> 2200 Wells Fargo Center  
> 90 South Seventh Street  
> Minneapolis, MN  55420
>
> Stephanie M. Parent  
> Pacific Environmental Advocacy Center  
> 10015 S.W. Terwilliger Blvd.  
> Portland, OR  97219
>
> Kristen Gustafson  
> United States Department of Justice  
> Environment & Natural Resource Division  
> Wildlife & Marine Resource Section  
> Room 3906  
> 601 D Street, N.W.  
> Washington, D.C.  20004

by the following indicated method or methods:

☐ by **faxing** full, true, and correct copies thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

☒ by **mailing** full, true, and correct copies thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by sending full, true and correct copies thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

☐ by causing full, true and correct copies thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

DATED this 25 day of November, 2003.

/s/ Suzanne Lacampagne  
Suzanne Lacampagne

Attorney for Applicant-Intervenor Defendant State of Wyoming

Page 1 of 1 -   Certificate of Service

PDXDOCS:1386448. 1

MILLER NASH LLP  
ATTORNEYS AT LAW  
TELEPHONE (503) 224-5858  
3500 U.S. BANCORP TOWER  
111 S.W. FIFTH AVENUE, PORTLAND, OREGON  97204-3699